**REFORM PARTY OF ALABAMA, an unincorporated association of electors of the State of Alabama; Robin Collins, et al., Plaintiffs–Appellants,**

**v.**

**Jim BENNETT, in his official capacity as Secretary of State of the State of Alabama; Bill Pryor, in his official capacity as Attorney General of the State of Alabama, et al., Defendants–Appellees.**

No. 98–6708

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 28, 1998.

John P. McClusky, Tuscaloosa, AL, David A. Gespass, Birmingham, AL, for Plaintiffs–Appellants.

John J. Park, Jr., Robert M. Weinberg, Asst. Atty. Gen., Jeffery A. Foshee, Foshee & George, L.L.C., Montgomery, AL, for Defendants–Appellees.

Before HATCHETT, Chief Judge, and TJOFLAT and EDMONDSON, Circuit Judges.

PER CURIAM:

This appeal is affirmed for the reasons expressed in the district court's September 8, 1998 order, cited as *Reform Party of Alabama v. Bennett,* 18 F.Supp.2d 1342 (M.D.Ala. 1998).

AFFIRMED.